IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE TYLER DOWNING,
    Plaintiff,

vs.                                          Case No. 3:10cv200/WS/CJK

STATE OF FLORIDA,
    Defendant.
_____

REPORT AND RECOMMENDATION

       Plaintiff commenced this action on June 9, 2010, by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). On October 1, 2010, the Court granted plaintiff's motion to proceed *in forma pauperis*, and assessed plaintiff a $4.00 initial partial filing fee. (Doc. 7). Plaintiff paid the initial partial filing fee (doc. 8), but during the year that followed made no further payment toward his outstanding fee balance of $346.00. Accordingly, on December 30, 2011, the Court issued an order reminding plaintiff of his financial obligation and requiring plaintiff to submit to the Court a printout of his inmate trust account statement(s) from each institution at which he was confined during the period July 20, 2010 to December 30, 2011. (Doc. 13). Plaintiff was provided thirty days in which to comply with the order and was warned that failure to do so would result in a recommendation that this case be dismissed. (*Id.*).

A copy of the December 30, 2011 order was mailed to plaintiff at his address of record, the Santa Rosa County Jail. It was returned on January 12, 2012 as undeliverable, marked "Return to Sender – Attempted Not Known – Unable to Forward." (Doc. 14). To date, plaintiff has not complied with the Court's December 30, 2011 order, or notified the Court of his current address.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the Court and failure to keep the Court informed of his current address.

2. That the Clerk be directed to close the file.

At Pensacola, Florida, this 16th day of February, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).