IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE TYLER DOWNING,

       Plaintiff,

v.                                3:10cv200-WS

STATE OF FLORIDA,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 15) docketed February 16, 2012.  The magistrate judge recommends that the plaintiff's case be dismissed for failure to comply with an order of the court and for failure to keep the court informed as to his current address.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 15) is hereby ADOPTED and incorporated by reference in this order.

2.  The plaintiff's complaint, and this action, are hereby DISMISSED WITHOUT PREJUDICE for failure to comply with an order of the court, to keep the court informed as to his current address, and to otherwise prosecute his case.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED without

prejudice."

DONE AND ORDERED this <u>   15th   </u> day of <u>   March   </u>, 2012.


<u>s/ William Stafford                                    </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE